IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00024-MP-AK

BILLY ALLEN WEST,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 33, Motion by the United States of America to Continue the Defendant's Sentencing Hearing.  A telephone conference was held on the matter on Thursday, October 6, 2005.  The Defendant's sentencing is currently scheduled for Friday, October 14, 2005.  However, Defendant has now entered into a cooperation agreement with the government, and both parties are in agreement that a continuation of Defendant's sentencing is necessary.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendant's current sentencing date of Thursday, October 6, 2005 is hereby continued and is rescheduled for Thursday, December 15, 2005, at 2:00 p.m.

**DONE AND ORDERED** this   *6th* day of October, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge