| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:05CR24-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Billy Allen West<br>131 Pickens Street<br>Apt. A-4<br>Milledgeville, GA 31061 | Florida Northern | Gainesville |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Maurice M. Paul<br>Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/20/2009 — TO 2/19/2012 |

OFFENSE

Ct. 1: Possession of Stolen Mail
Ct. 2. Conspiracy to Use Unauthorized Access Devices

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 23, 2009
*Date*

Maurice M. Paul
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District of Georgia

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/30/09
*Effective Date*

Hugh Lawson
*United States District Judge*